| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Justin M. Swartz <br> Molly A. Brooks <br> Sally J. Abrahamson <br> 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> Telephone: (212) 245-1000 | **SHAVITZ LAW GROUP, P.A.** <br> Gregg I. Shavitz, admitted *pro hac vice* <br> Susan H. Stern, admitted *pro hac vice* <br> 1515 S. Federal Hwy, Suite 404 <br> Boca Raton, Florida 33432 <br> Telephone: (561) 447-8888 |

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Frank Mazzaferro
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA KUCKER, SONNY URBINE, HILLARY ANDERSON, MAGDA ALEXANDRA SERENO, AMY DOIDGE, JILL FILIPPONE, and HEATHER BRADSHAW, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> PETCO ANIMAL SUPPLIES STORES, INC., <br><br> Defendant. | No. 14 Civ. 9983 (DCF) |

**PLAINTIFFS' NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE**
<u>**PURSUANT TO SECTION 216(b) OF THE FLSA**</u>

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, the Declaration of Molly A. Brooks, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)  Conditionally certifying the proposed collective pursuant to 29 U.S.C. § 216(b) and authorizing notice to be issued to collective members;

(2) Ordering Defendant to produce a computer-readable data file within 10 days of the Court's decision, containing, for each collective member: (a) name; (b) last known mailing address(es); (c) last known telephone number(s); (d) last known email address(es); (e) dates of work and work locations; and (f) Social Security number;

(3) Authorizing Plaintiffs to mail and email the proposed Notice and Consent to Join form and the Reminder Postcard to the Collective; and

(4) Authorizing the creation of an interactive standalone website through which the Collective can submit Consent to Join forms.

Dated: New York, New York
August 31, 2015                                          Respectfully submitted,

**OUTTEN & GOLDEN LLP**

By: /s/ Molly A. Brooks
Justin M. Swartz
Molly A. Brooks
Sally J. Abrahamson
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz, admitted *pro hac vice*
Susan H. Stern, admitted *pro hac vice*
1515 S. Federal Hwy, Suite 404
Boca Raton, Florida 33432
Telephone:  (561) 447-8888

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Frank Mazzaferro
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone:  (212) 300-0375