

April 8, 2016

**Via ECF**
The Honorable Debra Freeman
United States Magistrate District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Kucker et al v. Petco Animal Supplies Stores, Inc.,*
       **No. 14 Civ. 9983 (DCF)**

Dear Judge Freeman:

  Along with our co-counsel, Shavitz Law Group P.A. and Fitapelli & Schaffer, LLP, we represent Plaintiffs in the above-referenced matter. We write jointly with Defendant pursuant to the Court's March 21, 2016 Order, ECF No. 59, to notify the Court about the status of settlement negotiations.

  While the parties engaged in continued negotiations, they were unable to come to an agreement. The parties may continue to discuss settlement but agree at this stage, notice should go out and discovery should resume.

  Because the claims administrator needs time to administer the notice process, Plaintiffs will send notice out on April 25, 2016. The parties request the Court continue the nationwide tolling for the statute of limitations for the FLSA claims through that date.

  We thank the Court for its consideration of the parties' requests.

            Respectfully submitted,

            *Molly Brooks*

            Molly A. Brooks

cc: All Attorneys of Record (via ECF)

New York 3 Park Avenue 29th Floor New York, NY 10016 Tel (212) 245-1000 Fax (646) 509-2060
Chicago 161 N Clark Street Suite 4700 Chicago, IL 60601 Tel (312) 809-7010 Fax (312) 809-7011
San Francisco One Embarcadero Street 38th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com