

December 16, 2016

**Via ECF**
The Honorable Debra Freeman
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Kucker et al v. Petco Animal Supplies Stores, Inc.*,
             No. 14 Civ. 9983 (DCF)

Dear Judge Freeman:

    Along with our co-counsel, Shavitz Law Group P.A. and Fitapelli & Schaffer, LLP, we represent Plaintiffs in the above-referenced matter. We write jointly with Defendant pursuant to the Court's December 12, 2016 Order, ECF No. 135, to notify the Court about the status of settlement negotiations and proposed deadline for filing Plaintiffs' motion for settlement approval.

    The Parties are in the process of drafting the settlement agreement and negotiating the final terms of the settlement. The Parties respectfully propose February 1, 2017 as the deadline to file Plaintiffs' Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs.

    We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   Molly A. Brooks

cc:    All Attorneys of Record (via ECF)