THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA KUCKER, SONNY URBINE, HILLARY ANDERSON, MAGDA ALEXANDRA SERENO, AMY DOIDGE, JILL FILIPPONE, and HEATHER BRADSHAW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>Defendant. | Case No. 14 Civ. 9983 (DCF) |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs, in the Declaration of Molly A. Brooks in Support of Plaintiffs' Motion for Settlement Approval ("Brooks Declaration"), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

1. Approving the $845,000.00 settlement set forth in the Settlement Agreement and Release ("Settlement Agreement"), and "So Ordering" all of its terms;

2. Approving the proposed Notice of Settlement and directing its distribution;

3. Approving Service Awards for Kristina Kucker, Magda Alexandra Sereno, Amy Doidge, Sonny Urbine, Jill Filippone, and Heather Bradshaw;

4. Approving Plaintiffs' Counsel's request fees and out-of-pocket costs;

5. Approving the Settlement Claims Administrator's fees;

6. Dismissing the case with prejudice; and

7. Retaining jurisdiction to enforce the Settlement.

Plaintiffs submit a Proposed Order, as Exhibit B to the Brooks Declaration, for the Court's convenience.

Dated: March 1, 2017
New York, New York

Respectfully submitted,

/s/ Molly A. Brooks
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Molly A. Brooks
Sally J. Abrahamson
685 Third Ave, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz, admitted *pro hac vice*
Susan H. Stern, admitted *pro hac vice*
Alan Quiles, admitted *pro hac vice*
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Arsenio Rodriguez
28 Liberty Street
New York, NY 10005
Telephone: (212) 300-0375

***Attorneys for Plaintiffs***